**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| In re:<br><br>**Deworn Sparkling,**<br><br>              Debtor(s). | Chapter 13<br><br>Case No. 15-51797-tjt<br><br>Hon. Thomas J. Tucker |
|---|---|

## WELLS FARGO BANK, N.A. DBA WELLS FARGO DEALER SERVICES' OBJECTIONS TO CONFIRMATION OF DEBTORS' PROPOSED PLAN

**PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services a secured creditor, objects to the Debtor's proposed Chapter 13 Plan:

1. Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services is the holder of a Retail Installment Contract and Security Agreement dated August 13, 2011 and holds a perfected security interest in a 2006 Lincoln Town Car.

2. The chapter 13 plan provides for the loan to be crammed to a value of $2,781 with 3% interest per annum over 36 months.

3. Creditor objects to debtor's valuation of the real estate as the debtor has failed to provide any evidence on which the valuation is base and Creditor demands an 11 USC 506 hearing to determine the actual value of the residence pursuant to 11 USC Section 1325(a)(7) and 11 USC Section 1325(a)(5).

4. As of the Petition Date the payoff on the Debtors' account was $7,470.35.

5. The fair market value of the vehicle in which Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services, holds a perfected security interest is in excess of the treatment stated in Debtors' proposed plan.

6. Upon information and belief, the value of the property is approximately $6,050.00, as of August 7, 2015.

7. Plan as proposed does not provide adequate protection payments to Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services, within 30 days of filing as directed by §1326(a)(1).

8. The interest rate as proposed is below the contract rate of 15.25%.

9. Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services will be denied adequate protection of its security interest if the Plan is confirmed as proposed.

10. Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services objects to confirmation as debtors have failed to provide insurance for the subject vehicle.

11. For the above stated reasons, Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services, objects to Confirmation of Debtors' proposed Plan.

**WHEREFORE**, Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services requests that Debtors' proposed Chapter 13 Plan be amended to provide for the above stated objections.

**FABRIZIO & BROOK, P.C.**

Dated:  September 22, 2015         /s/ Brett A. Border
Brett A. Border (P65534)
700 Tower Drive, Ste 510
Troy, MI 48098
(248) 362-2600
bankruptcy@fabriziobrook.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| In re:<br><br>**Deworn Sparkling,**<br><br>　　　　　Debtor(s). | Chapter 13<br><br>Case No. 15-51797-tjt<br><br>Hon. Thomas J. Tucker |
|---|---|

## PROOF OF SERVICE

Julie Oumedian says that on September 22, 2015, I served a copy of Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services' Objection to Confirmation upon the following parties either electronically, or by depositing in the U.S. Mail, postage prepaid:

Thomas Paluchniak, Esq.
700 Towner Street
Ypsilanti, MI 48198

Tammy L. Terry - Trustee
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

United States Trustee
211 W. Fort Street, Ste. 700
Detroit, MI 48226

Deworn Sparkling
1056 Janet Avenue
Ypsilanti, MI 48198

　　　　　　　　　　　　　　　　　　　/s/ Julie Oumedian
　　　　　　　　　　　　　　　　　　Julie Oumedian
　　　　　　　　　　　　　　　　　　700 Tower Drive, Ste 510
　　　　　　　　　　　　　　　　　　Troy, MI 48098
　　　　　　　　　　　　　　　　　　(248) 362-2600
　　　　　　　　　　　　　　　　　　bankruptcy@fabriziobrook.com