UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

DEWORN SPARKLING
275 W. Clay, Apartment 202　　　　　　　Chapter 13
Muskegon, MI 49440　　　　　　　　　　　Case No. 15-51797
SSN: xxx-xx-8078　　　　　　　　　　　　Judge Thomas J. Tucker

　　　　　　　Debtor.
_____/

## STIPULATED ORDER RESOLVING
## TRUSTEE'S MOTION TO DISMISS [DOCKET 48]

This matter coming before the Court on the Trustee's Motion to Dismiss [Docket # 48]; the parties having agreed to the terms herein; no party being prejudiced; and the Court being otherwise sufficiently advised in the matter:

**IT IS ORDERED** that Debtor must provide to the Trustee's Office a completed ACH packet on or before July 26, 2018. Failure to do so may result in Debtor's case being dismissed without a further hearing or notice.

**IT IS FURTHER ORDERED** in the event that Debtor fails to make any future Chapter 13 Plan payment(s), the Trustee may submit a notice of Default, served upon Debtor and Debtor's counsel, permitting 30 days from service of notice in which to cure any and all defaults in payments. If Debtor fails to cure the default

in payments after having been provided with notice under provisions of this Order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing or notice.

**Signed on July 20, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge